IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY CAREIOUS MALONE                                    PETITIONER

vs.            Civil Case No. 5:07CV00322 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                          RESPONDENT

### ORDER

Now pending is Petitioner's Motion for Reconsideration (DE #13) of the court's Order entered on February 15, 2008 (DE # 9) denying his motion for appointment of counsel. Petitioner's motion is denied. It appears this case may be decided on the record and there is no need for an evidentiary hearing. Petitioner should merely explain why he waited until December of 2007 to file this petition. In addition, he should explain why the procedures in state court for challenging his arrest were inadequate to protect his rights. The court will review Petitioner's request for counsel after he files his reply and will reconsider the question at that time. The time for replying to the issues raised by the Respondent is hereby extended to thirty days from today's date.

SO ORDERED this 7th day of March, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge