IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY CAREIOUS MALONE                                    PETITIONER

vs.                Civil Case No. 5:07CV00322 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                          RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 17th day of April, 2008.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE